STATE OF NORTH CAROLINA v. RODNEY WILLIAM ROWLAND

No. 162PA88

(Filed 8 December 1988)

ON discretionary review of the decision of the Court of Appeals, 89 N.C. App. 372, 366 S.E. 2d 550 (1988), awarding defendant a new trial on an indictment charging him with attempted robbery with a dangerous weapon. The appeal to the Court of Appeals was from a judgment of imprisonment entered by *Gray, J.*, on 12 March 1987 in Superior Court, MECKLENBURG County. Heard in the Supreme Court 15 November 1988.

*Lacy H. Thornburg, Attorney General, by David R. Minges, Assistant Attorney General, for the State, appellant.*

*Marc D. Towler, Assistant Public Defender, for defendant, appellee.*

PER CURIAM.

Discretionary review improvidently allowed.